PROB 12C
(SDIA 05/23)

# UNITED STATES DISTRICT COURT
FOR THE
# SOUTHERN DISTRICT OF IOWA

## Petition for Warrant or Summons for Offender Under Supervision

---

**Name of Offender:** Adam Ross **Case Number:** 1:26-cr-00039-001

**Name of Sentencing Judicial Officer:** Robert F. Rossiter, U.S. District Judge (District of Nebraska)
Stephen H. Locher, U.S. District Judge (Current)

**Date of Original Sentence:** August 13, 2021

**Original Offense:** 21 U.S.C. § 841(a)(1), 841(b)(1) – Distribute and Possess with Intent to Distribute 50 Grams or More of Methamphetamine

**Original Sentence:** 37 months' imprisonment; 60 months' supervised release

**Date Original Supervision Commenced:** October 31, 2022

**Date Current Supervision Commenced:** October 31, 2022

**All Prior Reports & Actions:** None

---

**PETITIONING THE COURT**

☒ To issue a warrant.

☐ To issue a summons.

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below:

**Violations**

1. New Law Violation – Domestic Abuse Assault – 2nd Offense

2. Unauthorized Travel Outside the Judicial District

Nature of Noncompliance

On August 17, 2026, deputies with the Taylor County Sheriff's Office were dispatched to 600 Main Street, in Bedford, Iowa. According to the criminal complaint, Mr. Ross was driving his vehicle with his pregnant wife. Several witnesses observed Mr. Ross elbow his wife in the face, which caused swelling to her lips. Mr. Ross then left the scene of the incident in his vehicle and drove into the state of Missouri. He was later arrested by deputies with the Nodaway County Sheriff's Office on his Taylor County, Iowa warrant. He is currently in custody at the Nodaway County Jail, in Maryville, Missouri.

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked.

☐ extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 19, 2026

by: ______________________

Zachary R. Hullinger
U.S. Probation Officer

---

The United States Attorney's Office:

☑ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

Jason T. Griess for Corey Rothrock
Assistant United States Attorney

______________________
Signature

---

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☐ The issuance of a summons so a hearing can be held on ______________________ at ______________________.

______________________
Signature of Judicial Officer

______________________
Date

---